**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7395**

———————————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

ERNEST EDWARD SIMPSON,

                                   Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-81-508)

———————————

Submitted: December 14, 2000        Decided: December 22, 2000

———————————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ernest Edward Simpson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ernest Edward Simpson appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b), in which he challenged a 1981 criminal judgment against him.  We have reviewed the record and the district court's opinion and find no reversible error.  We agree with the district court that Simpson improperly invoked the Federal Rules of Civil Procedure to collaterally attack a criminal judgment.  United States v. O'Keefe, 169 F.3d 281, 289 (5th Cir. 1999) (citing United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998)).  Because Simpson does not challenge the district court's alternative rulings in his informal brief filed in this court, he has not preserved those issues for our review.  4th Cir. R. 34(b).  Accordingly, we grant Simpson leave to proceed on appeal in forma pauperis and affirm on the reasoning of the district court.  United States v. Simpson, No. CR-81-508 (D. Md. Sept. 11, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2